UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RAMBHAI PATEL,<br><br>                Defendant. | CASE NO. MJ23-594<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant appeared before the Court after being arrested on a warrant issued by the District of Massachusetts on a complaint alleging that he and others staged robberies as part of a conspiracy to commit visa fraud. The complaint alleges the conspiracy involves numerous staged robberies in Massachusetts, Pennsylvania, Tennessee, and Kentucky. The complaint indicates that Defendant may reside in New York. Defendant thus has no ties to this District of the District of Massachusetts. Defendant's presence in this district indicates he is highly mobile. His presence here also occurs after his co-defendant was arrested in October 2023 by state authorities investigating the robberies which turned out to be staged.

DETENTION ORDER - 1

The government proffered Defendant is a serious risk of flight because he is highly mobile, travels all over the country, was arrested with numerous forms of identification form different states and has considerable financial means to flee. The Court agrees and thus concludes Defendant should be detained.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 15th day of December, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2